UNITED STATES COURT OF APPEALS
For the First Circuit
_____

No. 15-2068

LIBERTARIAN PARTY OF NEW HAMPSHIRE,

Plaintiff-Appellant,

v.

WILLIAM M. GARDNER, NH Secretary of State, in his official capacity,

Defendant-Appellee
_____

**APPELLANT'S ASSENTED-TO MOTION TO ENLARGE DEADLINE TO FILE PRINCIPAL BRIEF AND APPENDIX FROM FEBRUARY 12, 2016 TO FEBRUARY 19, 2016**

NOW COMES Appellant, Libertarian Party of New Hampshire, by and through counsel, respectfully Moving to Enlarge the Deadline to File Principal Brief and Appendix From February 12, 2016 to February 19, 2016, and, in support thereof, states as follows:

1.   Pursuant to the Court's December 28, 2015 Order, Appellant's principal brief and appendix are due on or before February 12, 2016. Appellant moves for an additional seven days or until February 19, 2016 to file its principal brief and appendix.

2.   Undersigned counsel represented the Appellant in the matter below and is responsible for preparing the principal brief on appeal. In late 2015, there

1

was an unexpected death in counsel's family. As a result counsel has been required to take time from the office to attend to personal matters. The resulting limits on counsel's professional schedule necessitate the brief continuance sought.

3. Additionally, the New Hampshire Presidential Primary is scheduled for February 9, 2016, three days before the current deadline. Undersigned counsel represents a presidential campaign and will be required to monitor election issues in the days before the primary and on primary day itself.

4. Finally, the matter on appeal involves complex legal and factual issues. Due to the aforementioned issues and counsel's remaining litigation schedule, an additional seven days is required to complete the principal brief.

5. On January 27, 2015, Laura Lombardi, Esquire, counsel for the Appellee, advised she assents to the relief sought herein.

WHEREFORE, Appellant respectfully requests that this Honorable Court:

a. Grant the within Motion;

b. Enlarge the deadline for filing Appellant's principal brief and appendix are to February 19, 2016; and

c. Grant such further relief as this Court deems necessary and just.

                                                    Respectfully submitted,
                                                    Libertarian Party of New Hampshire
                                                    By Its Attorneys:
                                                    SHAHEEN & GORDON, P.A.

DATED: January 28, 2016                /s/ William E. Christie
                                                    William E. Christie
                                                    Court of Appeals Bar No.: 84929
                                                    107 Storrs Street
                                                    P.O. Box 2703
                                                    Concord, NH 03302-2703
                                                    (603) 225-7262

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 28, 2016, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Stephen LaBonte, Esquire
Laura EB Lombardi, Esquire
Gilles R. Bissonnette, Esquire
Brian D. Duffy, Esquire
Gordon J. MacDonald, Esquire

        /s/ William E. Christie
        William E. Christie
        Court of Appeals Bar No.: 84929
        107 Storrs Street
        P.O. Box 2703
        Concord, NH 03302-2703
        (603) 225-7262