**ATTORNEY GENERAL**

**DEPARTMENT OF JUSTICE**

33 CAPITOL STREET
CONCORD, NEW HAMPSHIRE 03301-6397

JOSEPH A. FOSTER
ATTORNEY GENERAL



ANN M. RICE
DEPUTY ATTORNEY GENERAL

October 6, 2016

Margaret Carter, Clerk
United States Court of Appeals, First Circuit
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210

Re:   *Libertarian Party of NH v. William M. Gardner, NH Secretary of State*;
      First Circuit Docket # 15-2068

Dear Clerk Carter:

Appellee William M. Gardner, New Hampshire Secretary of State, submits this letter pursuant to Fed. R. App. P. 28(j) in response to Appellant's October 5, 2016 letter citing as supplemental authority *Hall v. Merrill*, a recent decision of United States District Court for the Middle District of Alabama.

*Hall v. Merrill* is neither controlling nor persuasive. Unlike the instant case, the burden in *Hall* was severe; therefore, heightened scrutiny applied. Moreover, the passage from *Hall* that Appellant relies on is a quote from *Bergland v. Harris*, 767 F.2d 1551, 1554 (11th Cir. 1985), which was an appeal from a dismissal rather than a summary judgment. The Eleventh Circuit found in that case that "[t]here [was] an insufficient factual record to carry out the *Anderson* requirements." *Id.* at 1554. In contrast, the district court in this case had ample evidence, presented by the parties through their summary judgment pleadings and the evidentiary hearing held by the district court, to enable the district court to properly carry out the *Anderson* balancing test.

Very truly yours,

/s/ Laura E. B. Lombardi

Laura E. B. Lombardi
Senior Assistant Attorney General
laura.lombardi@doj.nh.gov